| | |
|---|---|
| Michael F. Heafey (SBN: 153499)<br>mheafey@heafey-law.com<br>The Law Offices of Michael F. Heafey<br>1325 Howard Street, No. 160<br>Burlingame, California 94010<br>Telephone: (650) 346-4161<br><br>TURNER BOYD LLP<br>Robert Kent (SBN: 250905)<br>kent@turnerboyd.com<br>Zhuanjia Gu (SBN: 244863)<br>gu@turnerboyd.com<br>702 Marshall Street, Suite 640<br>Redwood City, California 94063<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>*(additional counsel listed on signature page)*<br><br>*Attorneys for Plaintiff Advanced Silicon Group Technologies, LLC* | MORGAN, LEWIS & BOCKIUS LLP<br>Michael J. Lyons, Bar No. 202284<br>michael.lyons@morganlewis.com<br>Shaobin Zhu, Bar No. 257626<br>shaobin.zhu@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>*Attorneys for Defendants Boviet Renewable Power LLC, Boviet Solar Technology Co., Ltd., and Boviet Solar USA Ltd.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADVANCED SILICON GROUP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BOVIET RENEWABLE POWER LLC, BOVIET SOLAR TECHNOLOGY CO., LTD., and BOVIET SOLAR USA LTD.,<br><br>    Defendants. | Case No. 3:21-cv-04510-TLT<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** AS MODIFIED |

Plaintiff Advanced Silicon Group Technologies, LLC ("ASGT") and Defendants Boviet Solar Technology Co., Ltd.; Boviet Renewable Power LLC; and Boviet Solar USA Ltd. (collectively, "Boviet") stipulate through their counsel as follows:

1. This case is currently stayed due to an ongoing investigation at the International Trade Commission.

2. After the Parties submitted their Case Management Statement, the Commission extended the target date for that investigation to April 17, 2023.

3. The interests of justice, judicial efficiency, and a reduction of burdens on the parties themselves would all be favored by continuing the initial case management conference until this new target date.

4. Accordingly, the parties stipulate to continue the initial case management conference from the currently scheduled date of October 17, 2022 to the ITC target date of April 17, 2023.

Dated: October 12, 2022   By:   */s/ Robert J. Kent*
MICHAEL F. HEAFEY (SBN: 153499)
mheafey@heafey-law.com
The Law Offices of Michael F. Heafey
1325 Howard Street, No. 160 Burlingame,
California 94010 Telephone: (650) 346-4161

TURNER BOYD LLP
Robert Kent (SBN: 250905)
kent@turnerboyd.com
Zhuanjia Gu (SBN: 244863)
gu@turnerboyd.com
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Joseph Akrotirianakis (SBN: 197971)
jakro@kslaw.com
King & Spalding LLP
633 W. Fifth Street, Ste. 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

Jeffrey M. Telep (*admitted pro hac vice*)
jtelep@kslaw.com
Dara M. Kurlancheek (*admitted pro hac vice*)
dkurlancheek@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW, 2nd Floor
Washington, DC 20006
Telephone: (202) 737-0500

*Attorneys for Plaintiff Advanced Silicon Group Technologies, LLC*

Dated: October 12, 2022          By:   /s/ Michael Lyons
MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons, Bar No. 202284
michael.lyons@morganlewis.com
Shaobin Zhu, Bar No. 257626
shaobin.zhu@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: 650.843.4000
Fax: 650.843.4001

*Attorneys for Defendants Boviet Renewable Power LLC, Boviet Solar Technology Co., Ltd., and Boviet Solar USA Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** AS MODIFIED.

The case management conference is continued to Thursday, April 20, 2023, at 2:00 pm. A joint case management statement due by April 13, 2023.

Dated: 10/13/2022

Honorable Trina L. Thompson
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Robert J. Kent, attest that concurrence in the filing of this STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONERENCE has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of October, 2022, at Redwood City, California.

                                          */s/ Robert J. Kent*
                                            Robert J. Kent