MICHAEL F. HEAFEY (SBN: 153499)
mheafey@heafey-law.com
The Law Offices of Michael F. Heafey
1325 Howard Street, No. 160
Burlingame, California 94010
Telephone: (650) 346-4161

ROBERT KENT (SBN: 250905)
kent@turnerboyd.com
ZHUANJIA GU (SBN: 244863)
gu@turnerboyd.com
Turner Boyd LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930

JOSEPH AKROTIRIANAKIS (SBN: 197971)
jakro@kslaw.com
King & Spalding LLP
633 W. Fifth Street, Ste. 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

A*ttorneys for Plaintiff*
ADVANCED SILICON GROUP TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED SILICON GROUP TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOVIET SOLAR TECHNOLOGY CO., LTD; BOVIET RENEWABLE POWER LLC; and BOVIET SOLAR USA LTD,<br><br>Defendants. | Case No.: 3:21-cv-04510-TLT<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Advanced Silicon Group Technologies, LLC hereby dismisses this matter as to all Defendants Boviet Solar Technology Co., Ltd.; Boviet Renewable Power LLC; and Boviet Solar USA Ltd., without prejudice.

DATED: April 11, 2023

Respectfully submitted,

By: */s/ Robert Kent*
MICHAEL F. HEAFEY (SBN: 153499)
mheafey@heafey-law.com
The Law Offices of Michael F. Heafey
1325 Howard Street, No. 160
Burlingame, California 94010
Telephone: (650) 346-4161

ROBERT KENT (SBN: 250905)
kent@turnerboyd.com
ZHUANJIA GU (SBN: 244863)
gu@turnerboyd.com
Turner Boyd LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930

JOSEPH AKROTIRIANAKIS
(SBN: 197971)
jakro@kslaw.com
King & Spalding LLP
633 W. Fifth Street, Ste. 1600
Los Angeles, California 90071
Telephone: (213) 443-4355

*Attorneys for Plaintiff*
ADVANCED SILICON GROUP TECHNOLOGIES, LLC